Ronnie Bass
State of Texas
PD-0721-15 COA 05-13-00518-CR
PD
IN THE COURT OF CRIMINAL APPEALS, AUSTIN, TX

## MOTION TO SUSPEND RULE 9.3(b) PERTAINING TO FILING 11 Copies & the ORIGINAL of DOCUMENTS

COMES NOW, Ronnie Bass, petitioner and files a motion to suspend Rule 9.3(b) pertaining to filing 11 copies & original of documents and in support shows the Court the following;

RECEIVED IN COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

1. The 5th Court of Appeals in Dallas TX affirmed his Conviction in a memorandum opinion not designated for publication on May 28th, 2015. Bass V. State 05-13-00518-CR

2. Currently he is seeking to file a pdr in the Court of Criminal appeals over this opinion. He Currently also has filed a motion for an extention of time for his current deadline for this petition.

FILED IN COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

3. Due to petitioners indigence he does not have the means to Copy and duplicate his pdr 11 times from lack of resources. He asks the Court to suspend this rule for him because it will be a substantial burden.

WHEREFORE PREMISES CONSIDERED petitioner prays the Court Grant this motion and suspend rule 9.3(b) pertaining to him to file an extra 11 copies of documents filed in the Court of Criminal Appeals in this proceeding.

Dated and Submitted this 9 day of June 2015,

Respectfully Submitted,

Ronnie Bass # 01848111
12071 F.M. 3522
Abilene, TX 79601